# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1929.  SEPHONA MILFORD v. JERRY CATUY.

In December 2018, the trial court dismissed Sephona Milford's complaint against Jerry Catuy for insufficiency of service of process.  Thereafter, Milford filed a motion to set aside the trial court's judgment pursuant to OCGA § 9-11-60 (d).  The trial court denied the motion, and Milford filed this direct appeal.  We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. OCGA § 5-6-35 (a) (8). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Milford's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/08/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*